IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION

| | |
|---|---|
| SAUNDRA GROOVER, and spouse, RICHARD HELTON, <br><br> Plaintiffs, <br><br> VS. <br><br> WALMART INC. and, WAL-MART STORES EAST, LP, <br><br> Defendants. | ) ) ) ) ) ) ) No. 3:21-cv-00169 ) JURY DEMAND ) ) ) ) ) |

## NOTICE OF REMOVAL

Defendants Walmart, Inc. and Wal-Mart Stores East, LP, hereby give notice of the removal pursuant to 28 U.S.C. § 1441 et. seq., of the following action filed against it: Saundra Groover and spouse, Richard Helton v. Walmart Inc. and Wal-Mart Stores East, LP, in the Circuit Court for Blount County, Tennessee, No. L-20681.

A copy of the summons is attached as Exhibit A. A copy of the complaint is attached as Exhibit B. Plaintiff is a citizen and resident of Blount County, Tennessee.

Wal-Mart Stores East, LP, is the entity that operated the store on the date of this accident. Walmart Inc. is not a proper party to this action. Defendant may be referred to as "Wal-Mart" in this document. It is expected that Wal-Mart Stores East, LP, will be substituted as the sole proper defendant in this matter. Wal-Mart Stores, Inc., is a Delaware corporation.

Defendant Wal-Mart Stores East, LP, is a Delaware limited partnership. WSE Management, LLC, a Delaware limited liability company, is the general partner, and WSE Investment, LLC, a Delaware limited liability company, is the limited partner. The sole member of WSE Management, LLC, and WSE Investment, LLC, is Wal-Mart Stores East, LLC, fka Wal-Mart Stores East, Inc., an Arkansas limited liability company. Wal-Mart Stores East, Inc., was converted to an Arkansas

limited liability company on January 25, 2011. The principal place of business for all entities mentioned is 702 SW 8th Street, Bentonville, Arkansas.

Jurisdiction is conferred under 28 U.S.C. § 1332 relating to diversity of citizenship of the parties. The parties are citizens of different states.

The amount in controversy is in excess of the federal jurisdictional requisite of $75,000. The complaint requests "that the Plaintiff, Saundra Groover, have and recover compensatory damages from the Defendant in an amount to be determined by the jury, but not less than One Hundred Fifty Thousand and No/100 Dollars ($150,000.00)" and "that the Plaintiff, Richard Helton, have and recover compensatory damages form the Defendants in the amount to be determined by the jury, but not less than Twenty-Five Thousand and No/100 ($25,000.00)."

Defendant Wal-Mart was served with process on April 12, 2021. Fewer than thirty days have expired since service of process on Defendant. This Notice of Removal is timely filed as set forth in 28 U.S.C. § 1446(b).

WHEREFORE, Defendant hereby gives notice of the removal of this action pending in the Circuit Court of Blount County, Tennessee, to the United States District Court for the Eastern District of Tennessee, Northern Division, and requests that the proceedings be held thereon.

    /s/ G. Andrew Rowlett
G. Andrew Rowlett, No. 16277
HOWELL & FISHER, PLLC
3310 West End Avenue, Suite 550
Nashville, TN 37203
arowlett@howell-fisher.com
#615/244-3370
Attorney for defendants

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was electronically filed with the Court and was served by e-mail and U.S. Mail, postage prepaid, upon:

Joseph E. Costner, Esq.
COSTNER & GREENE
315 High Street
Maryville, TN 37804-5832
joecostner@costnergreene.com

this the 3rd day of May, 2021.

/s/ G. Andrew Rowlett